IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01200-WYD-MJW

GINJAYA GONZALES,

Plaintiff(s),

v.

BUREAU OF COLLECTION RECOVERY, INC., a Minnesota corporation,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 9) is GRANTED finding good cause shown. The written Protective Order (docket no. 9-2) is APPROVED and made an Order of Court.

Date: August 4, 2008